**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1604**

---

MICHAEL W. MCRAE,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES; DEPARTMENT OF
PERSONNEL; MARYLAND CLASSIFIED EMPLOYEE'S
ASSOCIATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-02-1648-S)

---

Submitted:  October 10, 2002          Decided:  October 16, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael W. McRae, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael W. McRae appeals the district court's order dismissing his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McRae v. Maryland, No. CA-02-1648-S (D. Md. May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED